UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEREMY MORIN,<br><br>    Petitioner,<br><br>v.<br><br>COMMONWEALTH OF MASSACHUSETTS,<br><br>    Respondent. | Civil Action No. 17-11162-DJC |

## ORDER

**CASPER, J.**                                                                                         September 11, 2017

On June 23, 2017, Petitioner Jeremy Morin, an inmate in custody at the Old Colony Correctional Center, filed his self-prepared pleading titled "Motion to Vacate Sentence by the Plaintiff." D. 1. Petitioner also filed an Application to Proceed in District Court without Prepaying Fees or Costs. D. 2.

On July 28, 2017, Morin's Application to Proceed in District Court without Prepaying Fees or Costs was denied without prejudice. D. 5. The July 28, 2017 Order advised Morin that his motion to vacate his sentence does not appear to challenge his state criminal conviction or sentence. Id. Instead, his claims appear to concern the alleged lack of mental health treatment during his several periods of confinement. Id. Morin was granted until August 18, 2017 to file (1) a renewed Application to Proceed in District Court without Prepaying Fees or Costs with a copy of his prison account statement; and either (2) a civil complaint or a petition for writ of habeas corpus. Id. Morin was advised that failure to do so will subject this action to dismissal. Id.

Morin failed to file a response and the time period for doing so has expired. See Docket.

Based on the foregoing, it is hereby Ordered that:

    1)    This action is DISMISSED without prejudice; and

    2)    The Clerk shall enter a separate order of dismissal.

**SO ORDERED.**

                                                  /s/ Denise J. Casper
                                                Denise J. Casper
                                                United States District Judge